TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00592-CV







Time Insurance Agency, Inc., Appellant



v.



Chuck Farrell Electric, Inc., Appellee







FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY


NO. 223,594, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING







PER CURIAM



 Appellant Time Insurance Agency, Inc. has filed a motion to dismiss this appeal. 
The motion is granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: November 22, 1995

Do Not Publish